**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEE TOUSSAND,                                    )        NO. ED CV 10-1082 FMO
                                                 )
                    Plaintiff,                   )
                                                 )
          v.                                     )        **JUDGMENT**
                                                 )
MICHAEL J. ASTRUE,                               )
COMMISSIONER OF SOCIAL                           )
SECURITY ADMINISTRATION,                         )
                                                 )
                    Defendant.                   )
_____          )

          IT IS ADJUDGED that the decision of the Commissioner of the Social Security

Administration is affirmed.

Dated this 27th day of May, 2011.


                                        _____
                                                        /s/
                                               Fernando M. Olguin
                                          United States Magistrate Judge